**SHEREEN J. CHARLICK**
California State Bar No. 147533
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Ms. Rachelle Lynette Carlock

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARGARET M. MCKEOWN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RACHELLE LYNETTE CARLOCK,<br><br>Defendant. | CASE NO. 08mj8433<br><br>DATE: TBA<br>TIME: TBA<br><br>NOTICE OF MOTION AND MOTION TO:<br><br>(1) REVOKE DETENTION ORDER |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
MICHAEL SKERLOS, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on date to be determined by the court, Ms. Carlock, the accused in this case, by and through her attorneys, Shereen J. Charlick, Norma A. Aguilar and Federal Defenders of San Diego, Inc., will request this Court to enter an order granting the following motion.

//

//

//

//

**MOTION**

Ms. Carlock, by and through her attorneys, Shereen J. Charlick, Norma A. Aguilar and Federal Defenders of San Diego, Inc., requests this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

1) Revoke the Detention Order

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may be adduced prior to or during the hearing of this motion.

Respectfully submitted,

Dated: June 3, 2008

*/s/ Shereen J. Charlick*
SHEREEN J. CHARLICK
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Carlock