**SHEREEN J. CHARLICK**
California State Bar No. 147533
**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Ms. Rachelle Lynette Carlock

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARGARET M. MCKEOWN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RACHELLE LYNETTE CARLOCK,<br><br>Defendant. | ) | CASE NO. 08mj8433<br><br>DATE: June 17, 2008<br>TIME: 2:00 p.m.<br><br>NOTICE OF SUPPLEMENTAL TRANSCRIPT IN SUPPORT OF MOTION TO REVOKE DETENTION ORDER |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
MICHAEL SKERLOS, ASSISTANT UNITED STATES ATTORNEY:

The defendant, **RACHELLE LYNETTE CARLOCK,** by and through counsel, Shereen J. Charlick, Norma A. Aguilar and Federal Defenders of San Diego, Inc., hereby files the following Transcript of Detention Hearing held on May 21, 2008 before the Honorable Peter C. Lewis in support of Defendant's Motion to Revoke Detention Order.

Respectfully submitted,

Dated: June 6, 2008

*/s/ Shereen J. Charlick*
SHEREEN J. CHARLICK
NORMA A. AGUILAR
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Carlock

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing document is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Michael P. Skerlos, Assistant United States Attorney**
Mike.Skerlos@usdoj.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients)

Dated: June 6, 2008

*s/ Shereen J. Charlick*

SHEREEN J. CHARLICK
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619)687-2666 (fax)
e-mail: Shereen_Charlick@fd.org