**SHEREEN J. CHARLICK**
California State Bar No. 147533
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Ms. Rachelle Lynette Carlock

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RACHELLE LYNETTE CARLOCK,<br><br>Defendant. | ) | CASE NO. 08mj8433<br><br>DATE: June 10, 2008<br>TIME: 1:30 p.m.<br><br>DEFENDANT'S UNOPPOSED REQUEST TO WAIVE HER PHYSICAL PRESENCE FOR ARRAIGNMENT AND REQUEST TO REMAIN IN SAN DIEGO |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
MICHAEL SKERLOS, ASSISTANT UNITED STATES ATTORNEY:

The defendant, Rachelle Lynette Carlock, the accused in this case, by and through undersigned counsel, Shereen J. Charlick, Federal Defenders of San Diego, Inc., files the following unopposed request seeking a written waiver of her physical presence at her arraignment scheduled for June 10, 2008 in El Centro, California pursuant to Federal Rule of Criminal Procedure 10(b)(2).

//

//

//

//

//

She attaches the following written waiver executed by herself and undersigned counsel. The reasons for Ms. Carlock's request are set forth in the attached sealed declaration executed by counsel in order to protect Ms. Carlock's right to keep certain information confidential. Government counsel has indicated that he does not oppose the request to waive Ms. Carlock's physical presence at her arraignment.

Respectfully submitted,

Dated: June 6, 2008

*/s/ Shereen J. Charlick*
SHEREEN J. CHARLICK
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Carlock

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing document is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Michael P. Skerlos, Assistant United States Attorney**
Mike.Skerlos@usdoj.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients)

Dated: June 6, 2008

*/s/ Shereen J. Charlick*
SHEREEN J. CHARLICK
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Shereen_Charlick@fd.org