# Attachment "A"

**SHEREEN J. CHARLICK**
California State Bar No. 147533
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Ms. Rachelle Lynette Carlock

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RACHELLE LYNETTE CARLOCK,<br>Defendant. | ) | CASE NO. 08mj8433<br><br>DATE: June 10, 2008<br>TIME: 1:30 p.m.<br><br>WAIVER OF RIGHT TO BE PHYSICALLY PRESENTFOR ARRAIGNMENT AND REQUEST TO REMAIN IN SAN DIEGO |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
MICHAEL SKERLOS, ASSISTANT UNITED STATES ATTORNEY:

I, Rachelle Lynette Carlock, the accused in this case, hereby execute the following waiver of my physical presence at the arraignment scheduled for June 10, 2008 in El Centro, California. This waiver is pursuant to Federal Rule of Criminal Procedure 10(b)(2).

I understand that I have the right to be physically present for my arraignment and I knowingly and voluntarily relinquish that right based upon my own wishes and based upon advice of counsel who also concurs in and signs this waiver.

I affirm that I have received and have read a copy of the charges against me and that my pleas to said charges will be not guilty to all counts.

**RACHELLE LYNETTE CARLOCK,** defendant — June 6, 2008

**SHEREEN J. CHARLICK,** Esq. — June 6, 2008